**Sample List of Personal Property in Statler:**

Kubota K00 8-3Mini Excavator

Toyota 7FGU25 4500LB Forklift

Grove SM4688XT Gas Scissor Lift

Kobalt 60 Gallon Compressor

Handy Gas Buggy

Indoor Propane Concrete Cutter

Biljax Trash Removal Chute

2 Pallets of Bath, Floor & Wall Tile

Roll of Lobby Rug

Dry Wall Stands

2 Pallet Jacks

3 Sections of Bakers Scaffold

2 Sections of Regular Scaffold

2 Complete Sets of Outside Roof Top Scaffold

3 Drieaz Hepa 500 Air Scrubbers

2 Pallets of Paint

Lot of Hand Tools

Pallet of Caulk

Pallet of Bathroom Sink Faucets & Tub Parts

One Inwall A/C Heat Unit

Shop Vacs & Water Coolers

Electric Cable Winch

3 Power Washers

Gas Caddy

5 Folding Ladders

Air Chisel

300 Boxes of 24" x 24" Tile

Kobalt Upright Air Compressor14 Crates of 31.5 x 31.5 Marble Tile Floor

12 Crates of Stair Kick Plates